```
                UNITED STATES DISTRICT COURT
                EASTERN DISTRICT OF WASHINGTON

UNITED STATES OF AMERICA,    )  No. CR-11-181-WFN-9
                             )
          Plaintiff,         )  ORDER GRANTING AGREED MOTION
                             )  TO PERMIT CONTACT
     v.                      )
                             )
MICHAEL L. WILSON,           )
                             )
          Defendant.         )
                             )
_____)
```

Before the court is the Agreed Motion to Amend the Conditions of Release to permit the Defendant Michael L. Wilson to have contact with the co-Defendant Alice Woodburn, provided they agree not to discuss the pending case. Since, Mr. Wilson is in custody and release conditions never were set, the court construes the Motion as a Motion to permit contact with Ms. Woodburn.

The court finds that there is good cause to grant the requested relief. Accordingly,

**IT IS ORDERED** that Defendant's Motion **(ECF No. 234)** is **GRANTED.** Mr. Wilson may have contact with Co-Defendant Alice Woodburn, provided they do not discuss the pending case.

DATED February 8, 2012.

```
             S/ CYNTHIA IMBROGNO
          UNITED STATES MAGISTRATE JUDGE
```

ORDER GRANTING AGREED MOTION TO PERMIT CONTACT - 1