UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR-11-181-WFN-09 |
| Plaintiff, | |
| v. | ORDER DENYING MOTION FOR REVISED CONDITIONS |
| MICHAEL L. WILSON, | (ECF No. 496) |
| Defendant. | |

Defendant requests that his conditions of release be revised to eliminate electronic monitoring (ECF No. 496). Pretrial Services advises, however, that defendant still has at least six more months of chemical dependency treatment. Pretrial Services notes that Mr. Wilson has been compliant with his conditions of release but that it would be difficult to monitor defendant's curfew if electronic monitoring were eliminated. Accordingly, the request is DENIED without prejudice.

IT IS SO ORDERED.

DATED: August 14, 2012

S/ CYNTHIA IMBROGNO
UNITED STATES MAGISTRATE JUDGE

ORDER - 1