```
                    UNITED STATES DISTRICT COURT
                   EASTERN DISTRICT OF WASHINGTON

UNITED STATES OF AMERICA,      )
                               )   CR-11-181-WFN-9
               Plaintiff,      )
                               )
v.                             )   ORDER DENYING DEFENDANT'S
                               )   MOTION TO MODIFY
MICHAEL L. WILSON,             )
                               )
               Defendant.      )
                               )
```

Before the court is Defendant's Motion to modify conditions of release. Defendant requests that he remain on electronic monitoring, but be subject to a curfew, rather than home detention. Defendant's supervising Probation Officer does not oppose the request; the United States' position is unknown. As Defendant's status now is post-change-of-plea, pre-sentencing, there no longer is a presumption of innocence. The Motion **(ECF No. 549)** is **DENIED**.

**IT IS SO ORDERED.**

DATED October 5, 2012.

                    S/ CYNTHIA IMBROGNO
                    UNITED STATES MAGISTRATE JUDGE

ORDER DENYING DEFENDANT'S MOTION TO MODIFY - 1